Gregory C. HUBBARD and Tuesday
S. Banner, Appellants Below–
Appellants,

v.

MING DING, Appellee Below–Appellee.

No. 567, 2016

Supreme Court of Delaware.

Submitted: December 15, 2016

Decided: February 6, 2017

Court Below—Superior Court of the
State of Delaware, C.A. No. N15A–07–008

DISMISSED.

■

Robert E. LYONS and Bernadette
F. Lyons, Plaintiffs Below,
Appellants,

v.

BETHANY BAY HOMEOWNERS AS-
SOCIATION (THE BLUFFS) and Le-
gum & Norman, Inc., Defendants Be-
low, Appellees.

No. 392, 2016

Supreme Court of Delaware.

Submitted: January 24, 2017
Decided: February 7, 2017

Court Below—Superior Court of the
State of Delaware, C.A. No. S14CC–08–
006

DISMISSED.